William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Plaintiff/Counter-Defendant
RELIANCE MAJESTIC HOLDINGS, LLC

Colin H. Murray (CA State Bar No. 159142)
colin.murray@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: 415 576 3000
Facsimile: 415 576 3099

Mark D. Taylor (admitted *pro hac vice*)
mark.taylor@bakermckenzie.com
Nicholas O. Kennedy (CA State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
BAKER & McKENZIE LLP
2300 Trammell Crow Center
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099

Attorneys for Defendant/Counterclaimant
DATAPIPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELIANCE MAJESTIC HOLDINGS, LLC,

Plaintiff/Counter-Defendant,

v.

DATAPIPE, INC.,

Defendant/Counterclaimant.

CASE NO.: 5:15-CV-03605-NC

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff-Cross-Defendant Reliance Majestic Holdings and Defendant-Cross-Claimant Datapipe, Inc. hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in this action, with each party to bear its own costs, expenses, and attorneys' fees and hereby request an order of dismissal with prejudice of all such claims and counterclaims.

Dated: January 5, 2016

WILLENKEN WILSON LOH & DELGADO LLP

By: *_/s/ William A. Delgado_*
William A. Delgado
Attorneys for Plaintiff-Cross-Defendant
RELIANCE MAJESTIC HOLDINGS, LLC

Dated: January 5, 2016

BAKER MCKENZIE LLP

By: *_/s/ Nicholas O. Kennedy_*
Nicholas O. Kennedy
Attorneys for Defendant-Cross-Claimant
DATAPIPE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 5, 2016

______________________________
Hon. Nathanael Cousins
United States M

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE CERTIFICATION**

Pursuant to Rule 5-1(i)(3) of the United States District Court for the Northern District of California Local Rules, I hereby certify that the content of this document is acceptable to Nicholas O. Kennedy, counsel for Datapipe, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

Dated: January 5, 2016

WILLENKEN WILSON LOH & DELGADO LLP

By: *_/s/ William A. Delgado_*
William A. Delgado
Attorneys for Plaintiff-Cross-Defendant
RELIANCE MAJESTIC HOLDINGS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: January 5, 2016

WILLENKEN WILSON LOH & DELGADO LLP

By: *__/s/ William A. Delgado__*
William A. Delgado
Attorneys for Plaintiff-Cross-Defendant
RELIANCE MAJESTIC HOLDINGS, LLC